UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATHAN R. KECK,                          )    Case No. CV 09-5495-PJW
                                         )
                Plaintiff,               )
                                         )    J U D G M E N T
        v.                               )
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF THE SOCIAL               )
SECURITY ADMINISTRATION,                 )
                                         )
                Defendant.               )
_____   )

        In accordance with the Memorandum Opinion and Order filed
herewith,

        IT IS HEREBY ADJUDGED that this case be remanded to the
Commissioner of Social Security for further proceedings consistent
with the Memorandum Opinion and Order.


        DATED:    8/20/2010


                              _____
                              PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\KECK\Judgment.wpd