Andrew T.   Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email:  andrewtkoenig@hotmail.com

Attorney for plaintiff Nathan R. Keck

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| NATHAN R. KECK, | ) | CASE NO. CV-09-5495-PJW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES  PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| MICHAEL J. ASTRUE, | ) | § 2412(d) |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX-THOUSAND

THREE-HUNDRED DOLLARS and NO CENTS ($6,300.00), as authorized by 28

U.S.C. § 2412(d), subject to the terms of the Stipulation.


Dated: October 29, 2010

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE